UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR02-035-JCC |
| Plaintiff, | ) ) | |
| v. | ) ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO |
| TYRONE BEVOLEY, | ) ) | ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| Defendant. | ) ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on April 22, 2010. The United States was represented by AUSA Tessa Gorman and the defendant by Catherine Chaney. The proceedings were digitally recorded.

Defendant had been sentenced on or about October 4, 2002 by the Honorable John C. Coughenour on a charge of Distribution of Cocaine, and sentenced to 84 months custody, 3 years supervised release. (Dkt. 24.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm, submit to mandatory drug testing, participate in a substance abuse program, abstain from alcohol, submit to search,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

participate in a mental health program, provide his probation officer with access to financial information upon request, not obtain or possess any identification documents in any but his true identity, and not associate with known gang members.

On March 1, 2009, defendant's probation officer reported that defendant had tested positive for marijuana. Defendant was reprimanded, placed in a structured testing program, referred for professional assessment, and referred for intensive outpatient treatment. No further action was taken at the time. (Dkt. 29.)

On January 8, 2010, defendant admitted violating the conditions of supervised release by using cocaine, failing to appear for drug testing, failing to report as directed, and failing to participate in a substance abuse program as directed. (Dkt. 39.) Defendant was sentenced to three months in custody, followed by 30 months supervised release. (Dkt. 43.)

In an application dated April 13, 2010 (Dkt. 44, 45 ), U.S. Probation Officer Brian K. Facklam alleged the following violations of the conditions of supervised release:

1. Failing to satisfactorily participate in a residential reentry center program in violation of special condition 7.

2. Using cocaine on or before March 25, 2010, in violation of standard condition 7 prohibiting him from drug use.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next

hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been released to a clean and sober house, upon the stipulation of the parties. The probation officer will arrange for his release.

DATED this 22nd day of April, 2010.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

cc:  District Judge:          Honorable John C. Coughenour
     AUSA:                    Tessa M. Gorman
     Defendant's attorney:    Catherine Chaney
     Probation officer:       Brian K. Facklam

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3