UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TYRONNE BEVOLEY, )<br>)<br>Defendant. ) | Case No. CR02-35-JCC<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on October 25, 2010. The defendant appeared pursuant to warrant issued in this case. The United States was represented by Tessa Gorman, and defendant was represented by Catherine Chaney. Also present was U.S. Probation Officer Brian K. Facklam. The proceedings were digitally recorded.

SENTENCE AND PRIOR ACTION

Defendant was sentenced on October 4, 2002 by the Honorable John C. Coughenour for Distribution of Cocaine. He received 84 months of detention and 3 years of supervised release.

On March 1, 2009, a violation report and request for no action was submitted alleging that Mr. Bevoley had violated his conditions of supervision by smoking marijuana. No action was taken by the Court.

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 1

On August 28, 2009, a violation report and warrant request was submitted alleging that Mr. Bevoley had violated his condition of supervision by using cocaine on two occasions, failing to appear for drug testing, failing to report as directed, and failing to participate in drug treatment. He admitted to all of the violations except for one, and his supervision was revoked on January 29, 2010.  He received a sentence of 3 months detention (with credit for time served) followed by 30 months of supervised release.  He completed his prison term and began supervised release on March 19, 2010.

On April 13, 2010, a violation report and warrant request was submitted alleging that Mr. Bevoley had violated his conditions of supervision by failing to satisfactorily participate in a residential reentry center program 9RRC) and by using cocaine.  He ultimately admitted to these violations and on June 2, 2010, he received a sentence of time served (approximately 8 days detention), along with a condition of up to 120 days RRC placement.

Mr. Bevoley reported to the RRC on June 10, 2010.  On June 25, 2010, Mr. Bevoley was approved for a 30 day inpatient drug treatment program through the Washington State Department of Social Health Services (DSHS) drug treatment program (ADATSA). He was released from the RRC and he reported to the inpatient drug treatment program in Spokane, WA on June 26, 2010.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated August 16, 2010, U.S. Probation Officer Brian K. Facklam alleged that defendant violated the following conditions of supervised release:

1. Failing to participate as instructed in a drug treatment program as directed by the probation office in violation of special condition 1.

2. Using cocaine on or before July 24, 2010, in violation of standard condition 7.

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 2

1    3.    Using cocaine on or before August 3, 2010, in violation of standard condition 7.

2    4.    Using cocaine on or before August 11, 2010, in violation of standard condition 7.

### FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing November 5, 2010 at 9.a.m. before District Judge John C. Coughenour.

### RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 25th day of October, 2010.

                                                  BRIAN A. TSUCHIDA
                                                United States Magistrate Judge